```
BETTINA LEAVERNA WATSON    TOWER LOAN
6186 E. LAMAR ST           ATTN: BANKRUPTCY
BAY SAINT LOUIS, MS 39520  PO BOX 320001
                           FLOWOOD, MS 39232


THOMAS C. ROLLINS, JR.     US ATTORNEY GENERAL
THE ROLLINS LAW FIRM, PLLC US DEPT OF JUSTICE
P.O. BOX 13767             950 PENNSYLVANIA AVENW
JACKSON, MS 39236          WASHINGTON, DC 20530-0001


CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130


CASHNET USA
175 W JACKSON
STE 1000
CHICAGO, IL 60604


CREDIT ACCEPTANCE
ATTN: BANKRUPTCY
25505 WEST 12 MILE RD
STE 3000
SOUTHFIELD, MI 48034


HENLEY, LOTTERHOS & HE
PO BOX 389
JACKSON, MS 39205-0389




INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201


JEFFERSON CAPITAL
ATTN: BANKRUPTCY
200 14TH AVE E
SARTEKK, MN 56377
```