**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Bettina Leaverna Watson                                  Case No. 26-50260-KMS
                                                                                    Chapter 7 Proceedings

## NOTICE OF APPEARANCE

COMES NOW, Gulfco of Mississippi, LLC, d/b/a Tower Loan of Waveland, by and

through its attorney, and files this Notice of Appearance in the above styled action.

This the 23rd day of February, 2026

/s/ Joseph T. McDaniel
Joseph T. McDaniel

Joseph T. McDaniel
MSB#: 106499
P. O. Box 320001
Flowood, MS 39232
Telephone: (601) 992-0936
Fax: (601) 992-5176

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day electronically filed with the Clerk of Court using the ECF system which sent notification, or mailed, via U.S. Mail, postage fully prepaid to non-ECF participants, a true and correct copy of the foregoing notice of appearance of Tower Loan.

Thomas Carl Rollins, J                                   Office of the U.S. Trustee
trollins@therollinsfirm.com                    USTPRegion05.AB.ECF@us.doj.gov


Bettina Leaverna Watson                          Zachary S Wessler, Sr
6186 E. Lamar St                                        Chapter 7 Trustee
Bay Saint Louis, MS 39520


This the 23rd day of February, 2026


                                                    /s/ Joseph T. McDaniel
                                                    Joseph T. McDaniel


Prepared By:

Joseph T. McDaniel
MSB#: 106499
P. O. Box 320001
Flowood, MS 39232
Telephone: (601) 992-0936
Fax: (601) 992-5176