Certificate Number: 17082-MSS-DE-041048695

Bankruptcy Case Number: 26-50260



17082-MSS-DE-041048695

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 2, 2026, at 3:43 o'clock PM MST, BETTINA L WATSON completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:  June 2, 2026     By:     /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:  Executive Director